CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Terlin Yiseth Aguilar-Reanos**<br>YOB: 2003; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02702MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 6, 2025, at or near Sasabe, in the District of Arizona, **Terlin Yiseth Aguilar-Reanos**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Terlin Yiseth Aguilar-Reanos** is a citizen of Honduras. On December 6, 2025, agents found **Terlin Yiseth Aguilar-Reanos** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Terlin Yiseth Aguilar-Reanos** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Terlin Yiseth Aguilar-Reanos** admitted to illegally entering the United States of America from Mexico on or about December 6, 2025, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Carlo A. Moreno |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Houston